**2016–1123. State ex rel. Kesterson v. Kent State Univ.**

In Mandamus. Sua sponte, an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05: parties shall file any evidence they intend to present within 20 days; relator shall file a brief within 10 days after the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

Kent State University shall file, under seal, copies of the unredacted documents at issue in this case at the time of the filing of the evidence.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DeWINE, JJ., concur.

**2017–1016. State ex rel. Guyton v. Lorain Cty. Court of Common Pleas.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DeWINE, JJ., concur.

**2017–1044. West v. Wainwright.**

In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DeWINE, JJ., concur.

**2017–1055. Snuggs v. Jenkins.**

In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DeWINE, JJ., concur.

**2017–1064. State ex rel. Bates v. Guernsey Cty. Court of Common Pleas.**

In Mandamus. On S.Ct.Prac.R. 12.04 determination. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DeWINE, JJ., concur.

**2016–1161. State ex rel. Morley v. Zmuda.**

Lucas App. No. L–16–1119. On motion to dismiss. Motion granted.

**2017–1130. State v. Rodriquez.**

Defiance App. No. 4–16–16, 2017-Ohio-1318. On motion for leave to file delayed appeal. Motion denied.

FISCHER, J., dissents.

**2017–1146. State v. Miller.**

Clermont App. No. CA2016–08–057, 2017-Ohio-2801. On motion for leave to file delayed appeal. Motion denied.

O'NEILL and FISCHER, JJ., dissent.

**2017–1154. State v. Thomas.**

Hamilton App. Nos. C–150581 and C–150555, 2017-Ohio-4403. On motion for leave to file delayed appeal. Motion denied.

KENNEDY and O'NEILL, JJ., dissent.

FISCHER, J., not participating.

**2017–1166. State v. McNeely.**

Lucas App. No. L–16–1076. On motion for leave to file delayed appeal. Motion denied.

FISCHER, J., dissents.